Dear Clerk,

Please file an appeal in Case No. 20-CV-269-bbc.

I completely disagree with the finding that I did not state a claim in which relief could be granted.

Howard Mayfield